

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00806-CR

Jose Pedro **GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018-CVJ-001898-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED September 11, 2019.

_____
Irene Rios, Justice